1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jesus Alberto Sanchez-Navarrete

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0509 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| JESUS ALBERTO SANCHEZ-NAVARRETE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Dorothy Rees Shelton
dsheltonlaw@aol.com

Respectfully submitted,

DATED:    February 25, 2008            /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Jesus Alberto Sanchez-Navarrete